**AFFIRMED; Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01487-CR

## CHARDONDRA DEVEUN JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F14-51320-L

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Stoddart

Chardondra Deveun Jones waived a jury and pleaded guilty to assault involving family violence and having a prior conviction for assault involving family violence. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). The trial court assessed punishment at eight years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim.

App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
Tex. R. App. P. 47
141487F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARDONDRA DEVEUN JONES, Appellant

No. 05-14-01487-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court No. 5 of Dallas County, Texas (Tr.Ct.No. F14-51320-L).
Opinion delivered by Justice Stoddart, Chief Justice Wright and Justice Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered this 29th day of July, 2015.